ROCHESTER POSTER ADVERTISING COMPANY, INC., Respondent, v. PAUL PETRONELLA, Appellant.— All concur. (The order denies defendant's motion to dismiss plaintiff's amended complaint in an action to restrain defendant from interfering with plaintiff's maintenance of a signboard upon defendant's premises, under a written agreement with defendant's predecessor in title.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

PAUL BOMMER et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 25899.) Memorandum: We infer from the decision that no damages for change of grade were allowed. All concur. (The judgment is for claimants on a claim for damages for appropriation of land.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

JACOB PELLOTH et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 25900.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Estate of CHARLES BAKER, Deceased. OMALEE B. SPRAGUE, Appellant; SETH BAKER, Respondent.— All concur. (The decree denies a petition of decedent's widow for letters of administration and grants such letters to decedent's father.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

KATHERINE GILLIECE, as Administratrix of the Estate of JOSEPH GILLIECE, Deceased, et al., Appellants, v. PENNSYLVANIA RAILROAD COMPANY, Defendant, and NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— All concur. (The judgment dismisses plaintiffs' complaints as against defendant New York Central R. R. Co., on the merits at the close of plaintiffs' case, in actions for damages for the deaths of plaintiffs' intestates, consolidated by court order. The order severed the action as to defendants and directed entry of judgment of dismissal. The action is under Federal Employers' Liability Act [U. S. Code, tit. 45, §§ 51-60].) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

HARLEY BUMP, as Administrator of the Estate of HUGH BUMP, Deceased, Respondent, v. ROSCOE HOLMES et al., Appellants.— All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

INTRASTATE THEATRE CORPORATION, Appellant, v. NIKITAS DIPSON, Respondent.— All concur. (The order grants a motion for change of venue.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.